IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 02-cr-00228-PAB-1

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

RAYMOND E. JOHNSON,

      Defendant.

_____

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

_____

      On January 11, 2012, the probation officer submitted a petition for early termination of supervised release in this case.  On January 18, 2012, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service.  The United States has indicated that it has no objection [Docket No. 62].  Accordingly, it is

      ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

      DATED February 3, 2012.

                    BY THE COURT:

                     s/Philip A. Brimmer_____
                     PHILIP A. BRIMMER
                     United States District Judge